UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, et al.<br><br>   Plaintiffs,<br><br>v.<br><br>ARIZONA PUBLIC SERVICE COMPANY, et al.<br><br>   Defendants. | Case No. 1:11-cv-00889-BDB-KBM |

## JOINT MOTION FOR STAY

Pursuant to Local Rule 7.1, Plaintiffs and Defendants, by and through their counsel, respectfully move that this Court hold all proceedings and deadlines in this matter in abeyance until June 1, 2013.

1. Plaintiffs and Defendants recently have agreed to engage in meaningful settlement discussions concerning Plaintiffs' claims in this litigation and agree that staying this action would help the parties make continued progress toward a final agreement that would resolve this matter without further litigation.

2. The parties accordingly ask that this case be held in abeyance until June 1, 2013.

Dated:  November 26, 2012  Respectfully submitted,


_____/s/ Suma Peesapati_____  _____/s/ Douglas A. Baker_____

Suma Peesapati (admitted pro hac vice)   Douglas A. Baker
(CA Bar #203701)   ATKINSON, THAL & BAKER, PC
EARTHJUSTICE   201 Third Street, NW
50 California Street, Suite 500   Suite 1850
San Francisco, CA 94111   Albuquerque, NM 87102
speesapati@earthjustice.org   dbaker@atb-law.com
(415) 217-2000   (505)-764-8111
(415) 217-2040 (fax)

  Mark B. Bierbower
Robin Cooley (NM Bar # 14626)   Makram B. Jaber
EARTHJUSTICE   HUNTON & WILLIAMS LLP
1400 Glenarm Place, Suite 300   2200 Pennsylvania Ave., N.W.
Denver, CO 80202   Washington, D.C. 20037-1701
rcooley@earthjustice.org   mbierbower@hunton.com
(303) 623-9466   mjaber@hunton.com
(303) 623-8083 (fax)   (202) 955-1500

Counsel for Plaintiffs   George P. Sibley, III
  HUNTON & WILLIAMS LLP
  951 E. Byrd Street
  Richmond, Virginia 23219
  gsibley@hunton.com
  (804) 788-8200

  *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November 2012, I caused the foregoing **Joint Motion for Stay** to be served via the Court's CM/ECF system on all counsel of record.

/s/ Douglas A. Baker<br>
Douglas A. Baker

63429.000022 EMF_US 42951735v2