UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**ARIZONA PUBLIC SERVICE COMPANY, et al.**<br><br>Defendants. | Case No. 1:11-cv-00889 JB/KBM |

## STATUS REPORT OF THE PARTIES

Pursuant to this Court's Order of November 8, 2013, the parties respectfully submit this status report regarding the parties' settlement discussions:

1. On October 18, 2013, Defendants provided their response and counteroffer to Plaintiffs and the U.S. Environmental Protection Agency ("EPA") proposed settlement language.

2. On November 13, 2013, the parties and EPA held a conference call to discuss Defendants' counteroffer.

3. Plaintiffs and EPA provided their counteroffer to Defendants on November 27, 2013.

4. Defendants are evaluating and plan to respond to Plaintiffs' and EPA's proposal by December 31, 2013.

5. On December 2, 2013, the Court extended the stay in this case to January 15, 2014 and ordered the parties to submit a status report by January 8, 2014.

Dated:  December 9, 2013                                         Respectfully submitted,

| | |
|---|---|
| /s/ Suma Peesapati | /s/ Douglas A. Baker |
| Suma Peesapati (admitted pro hac vice) | Douglas A. Baker |
| (CA Bar #203701) | **ATKINSON, THAL & BAKER, PC** |
| **EARTHJUSTICE** | 201 Third Street, NW |
| 50 California Street, Suite 500 | Suite 1850 |
| San Francisco, CA 94111 | Albuquerque, NM 87102 |
| speesapati@earthjustice.org | dbaker@atb-law.com |
| (415) 217-2000 | (505)-764-8111 |
| (415) 217-2040 (fax) | |
| | Mark B. Bierbower |
| Robin Cooley (NM Bar # 14626) | Makram B. Jaber |
| **EARTHJUSTICE** | **HUNTON & WILLIAMS LLP** |
| 1400 Glenarm Place, Suite 300 | 2200 Pennsylvania Ave., N.W. |
| Denver, CO 80202 | Washington, D.C. 20037-1701 |
| rcooley@earthjustice.org | mbierbower@hunton.com |
| (303) 623-9466 | mjaber@hunton.com |
| (303) 623-8083 (fax) | (202) 955-1500 |
| | |
| Counsel for Plaintiffs | George P. Sibley, III |
| | **HUNTON & WILLIAMS LLP** |
| | 951 E. Byrd Street |
| | Richmond, Virginia 23219 |
| | gsibley@hunton.com |
| | (804) 788-8200 |
| | |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December 2013, I caused the foregoing **Status Report of the Parties** to be served via the Court's CM/ECF system on all counsel of record.

                                              /s/ Douglas A. Baker