UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>ARIZONA PUBLIC SERVICE COMPANY, *et al.* )<br><br>Defendants. ) | Case No. 1:11-cv-00889-BB-KBM |

**NOTICE OF LODGING OF CONSENT DECREE**

Plaintiffs hereby provide notice to the Court that the parties in this case are lodging the attached Consent Decree, pending the conclusion of the required forty-five (45) day review period mandated by the Clean Air Act. 42 U.S.C. § 7604(c)(3). The same is being filed concurrently in United States v. Arizona Public Service Company, *et al.*, 1:15-cv-00537 (D.N.M.), Dkt. 2-1. Pursuant to statute, the United States Department of Justice and Environmental Protection Agency must have a period of forty-five (45) days in which to review and provide any comments on the proposed Consent Decree. Following the conclusion of the forty-five (45) day notice period provided by statute, the Parties will jointly move the Court to enter the attached Consent Decree. Simultaneously, the United States will be publishing notice of the Consent Decree pursuant 42 U.S.C. § 7413(g).

DATED:  June 24, 2015	Respectfully submitted,

s/ Mary Whittle

Mary Whittle
PA Bar # 313316
TX Bar # 24033336
DC Bar #973916 (inactive)
Earthjustice
1617 John F. Kennedy Blvd., Suite 1675
Philadelphia, PA 19103
Phone:  (215) 717-4524
Fax:  (212) 918-1556
E-Mail:  mwhittle@earthjustice.org

Robin Cooley
NM Bar # 14626
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Phone:  (303) 996-9618
Fax:  (303) 623-8083
E-Mail:  rcooley@earthjustice.org

*Attorneys for Plaintiffs*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June 2015, I caused the foregoing **Notice of Lodging of Consent Decree** to be served via the Court's CM/ECF system on all counsel of record.

s/ Mary Whittle